# EXHIBIT 5



## Potwierdzenie operacji zaksięgowanej na rachunku

**Santander Bank Polska S.A.**
KOD SWIFT:

al. Jana Pawła II 17
00-854 Warszawa

Nadano dnia: 26.01.2021 r.      1

AVERTON BULK SPÓŁKA Z
OGRANICZONĄ ODPOWI
UL. ŻURAWIA 43/109
00-680 WARSZAWA



| POTWIERDZENIE OPERACJI | USD 97.281,50 | DATA OPERACJI: 22-01-2021 | DATA KSIĘGOWANIA: 25-01-2021 |
|---|---|---|---|
| DŁUŻNIK: | COFCO INTERNATIONAL FREIGHT SA ROUTE DE MALAGNOU 101 CHENE BOUGERIES SWITZERLAND CH | | |
| RACHUNEK: | | | |
| WIERZYCIEL: | AVERTON BULK SPÓŁKA Z OGRANICZONĄ ODPOWIEDZIALNOŚCIĄ UL. ŻURAWIA 43/109 00-680 WARSZAWA MAZOWIECKIE | | |
| RACHUNEK: | | | |
| TYTUŁEM: | REF: 3220000022JO /INNE PROW./USD10,00 FUMIGATION REMOVAL GDS/ | | |
| WROCŁAW, dnia 26.01.2021 r. | | | |

Dokument jest wydrukiem komputerowym i nie wymaga dodatkowych podpisów oraz stempla bankowego.

Santander Bank Polska S.A. z siedzibą w Warszawie, przy al. Jana Pawła II 17, 00-854 Warszawa, zarejestrowana w Sądzie Rejonowym dla m. st. Warszawy w Warszawie, XIII Wydział Gospodarczy Krajowego Rejestru Sądowego pod numerem KRS 0000008723, utworzona na podstawie rozporządzenia Rady Ministrów z dnia 11 kwietnia 1988 r. w sprawie utworzenia Banku Zachodniego we Wrocławiu (Dz. U. z dnia 1 lipca 1988 r. Nr 21, poz. 142), NIP 896-000-56-73, REGON 930041341, o kapitale zakładowym i wpłaconym 1 021 893 140 zł